# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
Columbia Division

| | |
|---|---|
| Matthew Alexander Nielson, and the Freedom From Religion Foundation, Inc., | CA No. **3:12-cv-01427-CMC** |
| *Plaintiffs*, | |
| ~ *vs.* ~ | **PLAINTIFFS' AMENDED RULE 26.01 DISCLOSURES** |
| School District Five of Lexington & Richland Counties, | |
| *Defendant*. | |

(A)   State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**   None.

(B)   As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:**   Non-jury. This case is dominated by questions of law, and no genuine disputes of material fact are anticipated

(C)   State whether the party submitting these responses is a publicly owned company and separately identify:
   (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate;
   (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and
   (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**   None.

(D)   State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01.

**ANSWER:**   The events giving rise to the claim occurred in the territory of this division, and the organizational defendant resides in and does business relating to the events alleged in the territory of this division.

1

(E)   Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:**     No.

                                              FOR THE PLAINTIFFS
                                              CAPITOL COUNSEL, LLC:

                                              Aaron J. Kozloski, Esq., Fed. ID No. 9510
                                              Capitol Counsel, LLC
                                              1200 Main St., Suite 1980, Columbia, SC 29201
                                              P.O. Box 1996, Lexington, SC 29071
                                              803-748-1320 FAX 888-513-6021
                                              aaron@capitolcounsel.us
                                              *Attorney for the Plaintiffs*

Lexington, South Carolina
June 6, 2012

2