UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor under age 18 by his Parent and Guardian Michele Stephens; D.M., a Minor under age 18 by her Parent and Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> School District Five of Lexington and Richland Counties, <br><br> Defendant. | C.A. No. 3:12-cv-01427-CMC <br><br><br> **DEFENDANT'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Defendant, School District Five of Lexington and Richland Counties, hereby responds to Local Civil Rule 26.01 DSC Interrogatories as follows:

(A)     State the full name, address and telephone number of all persons or legal entities who may have subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE**

None.

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE**

Defendant understands that if any of the claims of the Complaint reach trial, Plaintiffs are entitled to the matter being tried by a jury.

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent,

subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

### **RESPONSE**

Defendant is not a publicly owned company.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division)

### **RESPONSE**

Defendant School District Five of Lexington and Richland Counties is a public school district located in Lexington and Richland Counties, and for this reason alone, this matter is properly filed in the Columbia Division of the United States District Court for the District of South Carolina.

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happening or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

### **RESPONSE**

This action is not related in whole or in part to any other matter filed in this District.

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE**

Defendant is properly identified.

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE**

Defendant does not contend that some other person or entity is, in whole or in part, liable to the Defendant or to the Plaintiff.

(SIGNATURE BLOCKS ON NEXT PAGE)

3

Respectfully Submitted:

By: s/ Andrea E. White _____
    Andrea E. White (Fed. I.D. No. 5620)
    Meredith L. Seibert (Fed. I.D. No. 9919)

    DUFF, WHITE & TURNER, L.L.C.
    3700 Forest Dr., Suite 404
    P.O. Box 1486
    Columbia, SC 29202
    Telephone: (803) 790-0603
    Fax: (803)790-0605

    awhite@dwtlawfirm.com
    mseibert@dwtlawfirm.com

    s/ David L. Morrison _____
    David L. Morrison (Fed I.D. No. 3581)

    MORRISON LAW FIRM, LLC
    7453 Irmo Drive, Suite B
    Columbia, SC 29212
    Telephone: (803) 661-6285
    Fax: (803) 661-6289

    david@dmorrison-law.com


    Attorneys for Defendant School District Five
    of Lexington and Richland Counties

August 10, 2012
Columbia, South Carolina