# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### Columbia Division

| | |
|---|---|
| Matthew Alexander Nielson, and the Freedom From Religion Foundation, Inc., | ) CA No. 3:12-cv-01427-CMC ) ) |
| *Plaintiffs*, | ) |
| ~ *vs.* ~ | ) **RESPONSE TO DEFENDANT'S** ) **MOTION TO ENLARGE TIME TO** |
| School District Five of Lexington & Richland Counties, | ) **AMEND THE PLEADINGS** ) ) |
| *Defendant*. | ) ) |

Defendant correctly reports that Plaintiffs join in the Motion.

FOR THE PLAINTIFFS
CAPITOL COUNSEL, LLC:

_____
Aaron J. Kozloski, Esq., Fed. ID No. 9510
Capitol Counsel, LLC
1200 Main St., Suite 1980, Columbia, SC 29201
P.O. Box 1996, Lexington, SC 29071
803-748-1320 FAX 888-513-6021
aaron@capitolcounsel.us
*Attorney for the Plaintiffs*

Lexington, South Carolina
November 10, 2012

1