# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor under age 18 by his Parent and Guardian Michele Stephens; D.M., a Minor under age 18 by her Parent and Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., <br><br> Plaintiffs, <br> v. <br><br> School District Five of Lexington and Richland Counties, Board of Trustees of School District Five of Lexington and Richland Counties; Dr. Stephen W. Hefner, in his official capacity as School District Five Superintendent; and Mr. Robert Gantt in his official capacity as School District Five Board Chairperson, <br><br> Defendants. | C.A. No. 3:12-cv-01427-CMC <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs and all Defendants (collectively, "Parties"), by and through their undersigned counsel, hereby stipulate that the Plaintiffs' actions be dismissed with prejudice and forever ended as to Defendant Board of Trustees of School District Five of Lexington and Richland Counties.

(SIGNATURE BLOCKS ON NEXT PAGE)

| **PLAINTIFFS SO STIPULATE:** | **DEFENDANTS SO STIPULATE:** |
|---|---|
| s/ Aaron Kozloski_____ _____ | s/ Andrea E. White_____ _____ |
| Aaron Kozloski, Esq. (Fed. I.D. No. 9510) | Andrea E. White, Esq. (Fed. I.D. No. 5620) |
| | Meredith L. Seibert, Esq. (Fed I.D. No. 9919) |
| CAPITOL COUNSEL, LLC | DUFF, WHITE, & TURNER, LLC |
| P.O. Box 1996 | P.O. Box 1486 |
| Lexington, SC 29071 | Columbia, SC 29202 |
| 803.748.1320 | 803.790.0603 |
| | |
| Attorney for Plaintiffs | s/ David L. Morrison_____ |
| | David L. Morrison, Esq. (Fed. I.D. No. 3581) |
| | Kassi B. Sandifer, Esq. (Fed. I.D. No. 7439) |
| | MORRISON LAW FIRM, LLC |
| | 7453 Irmo Drive, Suite B |
| | Columbia, SC 29212 |
| | 803.661.6285 |
| | |
| | Attorneys for Defendants |

January 11, 2013
Columbia, SC