UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor under age 18 by his Parent and Guardian Michele Stephens; D.M., a Minor under age 18 by her Parent and Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>School District Five of Lexington and Richland Counties,<br><br>Defendant. | C.A. No. 3:12-cv-01427-CMC<br><br><br>**CONSENT MOTION TO AMEND CONFERENCE AND SCHEDULING ORDER** |

COMES NOW, Meredith L. Seibert, Esq., counsel for Defendants, with the consent of Aaron J. Kozloski, Esq., counsel for Plaintiffs, and moves this Honorable Court for an Order amending the Conference and Scheduling Order, issued in this action on August 10, 2012, to allow additional time for the Parties to attempt to negotiate a resolution to this action prior to expending additional resources filing dispositive motions. Accordingly, counsel for the parties have conferred and agreed to seek an Order extending the current deadlines of the Conference and Scheduling Order by sixty (60) days. A proposed Amended Scheduling Order is attached hereto as Attachment A and is also being submitted to Judge Currie.

(SIGNATURE BLOCKS ON FOLLOWING PAGE)

We so move:

By: _s/Meredith L. Seibert_____
Andrea E. White (Fed. I.D. No. 5620)
Meredith L. Seibert (Fed. I.D. No. 9919)

DUFF, WHITE & TURNER, LLC
3700 Forest Dr., Suite 404
P.O. Box 1486
Columbia, SC 29202
Telephone: 803.790.0603
Fax: 803.790.0605
awhite@dwtlawfirm.com
mseibert@dwtlawfirm.com

David L. Morrison, Esq. (Fed. I.D. No. 3581)
Kassi B. Sandifer, Esq. (Fed. I.D. No. 7439)

MORRISON LAW FIRM, LLC
7453 Irmo Drive, Suite B
Columbia, SC 29212
Telephone: 803.661.6285
Fax: 803.661.6289
david@dmorrison-law.com
kassi@dmorrison-law.com

Attorneys for Defendant School District Five
of Lexington and Richland Counties


We consent:

By: s/ Aaron J. Kozloski_____ _____
Aaron J. Kozloski, Esq. (Fed. I.D. No. 9510)

CAPITOL COUNSEL, LLC
P.O. Box 1996
Lexington, SC 29071
Telephone: 803.748.1320
Fax: 888.513.6021
aaron@capitolcounsel.us

Attorney for Plaintiffs

March 7, 2013
Columbia, South Carolina