IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Matthew Alexander Nielson; J.Z., a Minor under age 18 by his Parent and Guardian Michele Stephens; D.M., a Minor under age 18 by her Parent and Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., | ) ) ) ) ) ) ) | C.A. No. 3:12-cv-01427-CMC |
| Plaintiffs, | ) ) ) | **CONSENT AMENDED SCHEDULING ORDER** |
| v. | ) ) | |
| School District Five of Lexington and Richland Counties, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1.    All motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **May 14, 2013**.  (Fed. R. Civ. P. 16(b)(2)).

2.    Mediation, pursuant to Local Civil Rules 16.04 - 16.12, shall be completed in this case on or before **July 9, 2013**.  *See* Standing Order to Conduct Mediation 4:00-mc-5001, filed December 1, 2000, which sets forth mediation requirements (http://www.scd.uscourts.gov).  At least twenty-eight (28) days prior to this mediation deadline, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of Standing Order 4:00-mc-5001; (2) discussed the availability of mediation with the party; and (3) discussed the advisability and timing of mediation with opposing counsel.

3.    No later than **July 23, 2013** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures.  Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

4.    Motions in limine must be filed by **September 13, 2013**.

5.    Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury

selection (Local Civil Rule 26.05).[1]  Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits.  *See* Local Civil Rule 26.07.

6.      This case is subject to being called for jury selection and/or trial on or after **October 4, 2013**.

The parties' attention is directed to the *Notice of Availability of United States Magistrate Judge to Exercise Jurisdiction.* A copy of the form is available in the Clerk's office or at the Court's internet site at http://www.scd.uscourts.gov.

s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 8, 2013

---

[1]Judge Currie requires that pretrial briefs be filed with the Clerk of Court as part of the public record and served on opposing parties.