UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor under age 18 by his Parent and Guardian Michele Stephens; D.M., a Minor under age 18 by her Parent and Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> School District Five of Lexington and Richland Counties, <br><br> Defendant. | C.A. No. 3:12-cv-01427-CMC <br><br><br> **CONSENT MOTION TO AMEND CONFERENCE AND SCHEDULING ORDER** |

COMES NOW, Meredith L. Seibert, Esq., counsel for Defendant, with the consent of Aaron J. Kozloski, Esq., counsel for Plaintiffs, and moves this Honorable Court for an Order amending the Amended Conference and Scheduling Order, issued in this action on March 8, 2013, to allow additional time for the Parties to continue to negotiate a resolution to this action prior to expending additional resources filing dispositive motions. Accordingly, counsel for the parties have conferred and agreed to seek an Order extending the current deadlines of the Conference and Scheduling Order by an additional forty-five (45) days. A proposed Second Amended Scheduling Order is attached hereto as Attachment A and is also being submitted to Judge Currie.

(SIGNATURE BLOCKS ON FOLLOWING PAGE)

We so move:

By: \_s/ Meredith L. Seibert _____
    Andrea E. White (Fed. I.D. No. 5620)
    Meredith L. Seibert (Fed. I.D. No. 9919)

    DUFF, WHITE & TURNER, LLC
    3700 Forest Dr., Suite 404
    P.O. Box 1486
    Columbia, SC 29202
    Telephone: 803.790.0603
    Fax: 803.790.0605
    awhite@dwtlawfirm.com
    mseibert@dwtlawfirm.com

    David L. Morrison (Fed. I.D. No. 3581)
    Kassi B. Sandifer (Fed. I.D. No. 7439)

    MORRISON LAW FIRM, LLC
    7453 Irmo Drive, Suite B
    Columbia, SC 29212
    Telephone: 803.661.6285
    Fax: 803.661.6289
    david@dmorrison-law.com
    kassi@dmorrison-law.com

    Attorneys for Defendant School District Five
    of Lexington and Richland Counties

We consent:

By: s/ Aaron J. Kozloski_____ _____
    Aaron J. Kozloski (Fed. I.D. No. 9510)

    CAPITOL COUNSEL, LLC
    P.O. Box 1996
    Lexington, SC 29071
    Telephone: 803.748.1320
    Fax: 888.513.6021
    aaron@capitolcounsel.us

    Attorney for Plaintiffs

May 13, 2013
Columbia, South Carolina