UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor under age 18 by his Parent and Guardian Michele Stephens; D.M., a Minor under age 18 by her Parent and Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> School District Five of Lexington and Richland Counties, <br><br> Defendant. | C.A. No. 3:12-cv-01427-CMC <br><br> **STIPULATION OF WITHDRAWAL** |

The Parties have failed to reach a meeting of the minds as to whether the Notice of Acceptance of Offer of Judgment filed by Plaintiffs on September 9, 2013, Docket Document No. 46, is valid and constitutes acceptance of the Offer of Judgment served by Defendants on August 21, 2013. Plaintiffs therefore withdraw the Notice of Acceptance.

(SIGNATURE BLOCKS ON NEXT PAGE)

2

By:   s/ Meredith L. Seibert_____
Andrea E. White (Fed. I.D. No. 5620)
Meredith L. Seibert (Fed. I.D. No. 9919)
DUFF, WHITE & TURNER, LLC
3700 Forest Dr., Suite 404
P.O. Box 1486
Columbia, SC 29202
Telephone: (803) 790-0603
Fax: (803)790-0605
awhite@dwtlawfirm.com
mseibert@dwtlawfirm.com

David L. Morrison (Fed I.D. No. 3581)
MORRISON LAW FIRM, LLC
7453 Irmo Drive, Suite B
Columbia, SC 29212
Telephone: (803) 661-6285
Fax: (803) 661-6289
david@dmorrison-law.com

Attorneys for Defendant School District Five of Lexington and Richland Counties

By:   s/ Aaron J. Kozloski_____ _____
Aaron J. Kozloski (Fed. I.D. No. 9510)

CAPITOL COUNSEL, LLC
P.O. Box 1996
Lexington, SC 29071
Telephone: 803.748.1320
Fax: 888.513.6021
aaron@capitolcounsel.us

Attorney for Plaintiffs

September 17, 2013
Columbia, South Carolina

2