# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
Columbia Division

| | | |
|---|---|---|
| Matthew Alexander Nielson, and the Freedom From Religion Foundation, Inc., | ) ) ) ) | CA No. 3:12-cv-01427-CMC |
| *Plaintiffs*, | ) ) | **NOTICE OF FILING & CERTIFICATE OF SERVICE** |
| ~ *vs.* ~ | ) ) | |
| School District Five of Lexington & Richland Counties, | ) ) ) | |
| *Defendant*. | ) | |

---

Plaintiffs have filed a physical exhibit to their Motion for Summary Judgment entitled "Audio Exhibits" recorded on a DVD, and have served a copy by priority mail upon counsel of record for the Defendant on the date below.

FOR THE PLAINTIFFS
CAPITOL COUNSEL, LLC:

_____

Aaron J. Kozloski, Esq., Fed. ID No. 9510
Capitol Counsel, LLC
P.O. Box 1996, Lexington, SC 29071
803-465-1400 FAX 888-513-6021
aaron@capitolcounsel.us
*Attorney for the Plaintiffs*

Lexington, South Carolina
November 22, 2013