UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor under age 18 by his Parent and Guardian Michele Stephens; D.M., a Minor under age 18 by her Parent and Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., <br><br>　　　　　　　　Plaintiffs, <br><br>　　　　v. <br><br>School District Five of Lexington and Richland Counties, <br><br>　　　　　　　　Defendant. | C.A. No. 3:12-cv-01427-CMC <br><br>**CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT EXHIBITS** |

　　　　COMES NOW, Meredith L. Seibert, Esq., counsel for Defendant, with the consent of Aaron J. Kozloski, Esq., counsel for Plaintiffs, and moves this Honorable Court for an Order extending the time for the Parties to file their Joint Exhibits to cross Motions for Summary Judgment, filed on November 22, 2013. The current deadline for filing the Joint Exhibits is December 2, 2013. Parties are requesting that deadline be extended until December 13, 2013, due to the fact that Defendant anticipates the need to include within the Joint Exhibits additional documents and affidavits in support of its responsive brief, due December 13, 2013.

(SIGNATURE BLOCKS ON FOLLOWING PAGE)

We so move:

By: _s/ Meredith L. Seibert_____
Andrea E. White (Fed. I.D. No. 5620)
Meredith L. Seibert (Fed. I.D. No. 9919)

DUFF, WHITE & TURNER, LLC
3700 Forest Dr., Suite 404
P.O. Box 1486
Columbia, SC 29202
Telephone: 803.790.0603
Fax: 803.790.0605
awhite@dwtlawfirm.com
mseibert@dwtlawfirm.com

David L. Morrison (Fed. I.D. No. 3581)
Kassi B. Sandifer (Fed. I.D. No. 7439)

MORRISON LAW FIRM, LLC
7453 Irmo Drive, Suite B
Columbia, SC 29212
Telephone: 803.661.6285
Fax: 803.661.6289
david@dmorrison-law.com
kassi@dmorrison-law.com

Attorneys for Defendant School District Five
of Lexington and Richland Counties

We consent:

By: s/ Aaron J. Kozloski_____ _____
Aaron J. Kozloski (Fed. I.D. No. 9510)

CAPITOL COUNSEL, LLC
P.O. Box 1996
Lexington, SC 29071
Telephone: 803.748.1320
Fax: 888.513.6021
aaron@capitolcounsel.us

Attorney for Plaintiffs

November 27, 2013
Columbia, South Carolina