# UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
Columbia Division

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor Under age 18 by his Parent & Guardian Michelle Stephens; D.M., a Minor Under age 18 by her Parent & Guardian Victoria Reed; the Freedom From Religion Foundation, Inc., <br><br> *Plaintiffs*, <br><br> ~ *vs.* ~ <br><br> School District Five of Lexington & Richland Counties, <br><br> *Defendant*. | CA No. 3:12-cv-01427-CMC <br><br><br> **WITHDRAWAL OF JOINT EXHIBIT** |

In light of the Order Granting Extension Of Time To File Joint Exhibit, document 63, attachments 1 through 23 to document 54 are withdrawn by consent of the parties and will be refiled with amendments.

|  |  |
|---|---|
|  | FOR THE PLAINTIFFS <br> CAPITOL COUNSEL, LLC: <br><br> _____ <br> Aaron J. Kozloski, Esq., Fed. ID No. 9510 <br> Capitol Counsel, LLC <br> P.O. Box 1996, Lexington, SC 29071 <br> 803-748-1320 FAX 888-513-6021 |
| Lexington, South Carolina <br> December 13, 2013 | aaron@capitolcounsel.us <br> *Attorney for the Plaintiffs* |