UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor under age 18 by his Parent and Guardian Michele Stephens; D.M., a Minor under age 18 by her Parent and Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc.,<br><br>    Plaintiffs,<br><br>    v.<br><br>School District Five of Lexington and Richland Counties,<br><br>    Defendant. | C.A. No. 3:12-cv-01427-CMC<br><br><br>**STATUS REPORT** |

    By Order dated May 7, 2014, the Court, in response to the Supreme Court having issued its decision in *Town of Greece v. Galloway* on May 5, 2014, has directed the parties to file a status report addressing the remaining deadlines and such other matters as may be relevant to further proceedings in the above-referenced case.

    Currently, Parties must file supplemental cross-briefs no later than June 6, 2014, and supplemental replies no later than June 27, 2014. Defendant District believes that the Supreme Court's opinion in *Town of Greece v. Galloway* may be instructive as it relates to certain arguments and positions that the parties have taken in this matter. While Plaintiffs do not entirely agree with the District's position, both parties plan to file supplemental briefs. The parties believe that existing deadlines contained in the Court's May 5, 2014 text order are sufficient.

(SIGNATURE BLOCKS ON NEXT PAGE)

By:   s/ Meredith L. Seibert_____
Andrea E. White (Fed. I.D. No. 5620)
Meredith L. Seibert (Fed. I.D. No. 9919)

DUFF, WHITE & TURNER, LLC
3700 Forest Dr., Suite 404
P.O. Box 1486
Columbia, SC 29202
Telephone: 803.790.0603
Fax: 803.790.0605
awhite@dwtlawfirm.com
mseibert@dwtlawfirm.com

David L. Morrison (Fed. I.D. No. 3581)
Kassi B. Sandifer (Fed. I.D. No. 7439)

MORRISON LAW FIRM, LLC
7453 Irmo Drive, Suite B
Columbia, SC 29212
Telephone: 803.661.6285
Fax: 803.661.6289
david@dmorrison-law.com
kassi@dmorrison-law.com

Attorneys for Defendant School District Five
of Lexington and Richland Counties

By:   s/ Aaron J. Kozloski_____ _____
Aaron J. Kozloski (Fed. I.D. No. 9510)

CAPITOL COUNSEL, LLC
P.O. Box 1996
Lexington, SC 29071
Telephone: 803.748.1320
Fax: 888.513.6021
aaron@capitolcounsel.us

Attorney for Plaintiffs

May 21, 2014
Columbia, South Carolina