# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor under age 18 by his Parent and Guardian Michele Stephens; D.M., a Minor under age 18 by her Parent and Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> School District Five of Lexington and Richland Counties, <br><br> Defendant. | C.A. No. 3:12-cv-01427-CMC <br><br><br><br> **MOTION TO WITHDRAW** |

Per Text Order (Document No. 90) issued on June 4, 2014, Defendant School District Five of Lexington and Richland Counties hereby withdraws its Motion for Summary Judgment filed in this case on November 22, 2013, with leave to refile. Based on the United States Supreme Court ruling in *Town of Greece*, the parties have agreed to file new dispositive motions based on stipulated facts.

(SIGNATURE BLOCK ON NEXT PAGE)

By:   s/Meredith L. Seibert_____
Andrea E. White (Fed. I.D. No. 5620)
Meredith L. Seibert (Fed. I.D. No. 9919)

DUFF, WHITE & TURNER, LLC
3700 Forest Dr., Suite 404
P.O. Box 1486
Columbia, SC 29202
Telephone: 803.790.0603
Fax: 803.790.0605
awhite@dwtlawfirm.com
mseibert@dwtlawfirm.com

David L. Morrison, Esq. (Fed. I.D. No. 3581)
Kassi B. Sandifer, Esq. (Fed. I.D. No. 7439)

MORRISON LAW FIRM, LLC
7453 Irmo Drive, Suite B
Columbia, SC 29212
Telephone: 803.661.6285
Fax: 803.661.6289
david@dmorrison-law.com
kassi@dmorrison-law.com

Attorneys for Defendant School District Five of Lexington and Richland Counties

June 11, 2014
Columbia, South Carolina