# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### Columbia Division

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor Under age 18 by his Parent & Guardian Michelle Stephens; D.M., a Minor Under age 18 by her Parent & Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., <br><br> *Plaintiffs*, <br><br> ~ *vs*. ~ <br><br> School District Five of Lexington & Richland Counties, <br><br> *Defendant*. | CA No. 3:12-cv-01427-CMC <br><br><br> **PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT** |

Per Text Order (Document No. 90) issued on June 4, 2014, Plaintiffs hereby withdraw their Motion for Summary Judgment filed in this case on November 22, 2013, with leave to refile. Based on the United States Supreme Court ruling in Town of Greece, the parties have agreed to file new dispositive motions based on stipulated facts.

FOR THE PLAINTIFFS
CAPITOL COUNSEL, LLC:

_____
Aaron J. Kozloski, Esq., Fed. ID No. 9510
Capitol Counsel, LLC
P.O. Box 1996, Lexington, SC 29071
803-748-1320 FAX 888-513-6021

Lexington, South Carolina
June 11, 2014

aaron@capitolcounsel.us
*Attorney for the Plaintiffs*