IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Columbia Division

| | | |
|---|---|---|
| Matthew Alexander Nielson; J.Z., a Minor Under age 18 by his Parent & Guardian Michelle Stephens; D.M., a Minor Under age 18 by her Parent & Guardian Victoria Reed; the Freedom From Religion Foundation, Inc., | ) ) ) ) ) ) | Civil Action No.  3:12-cv-01427-CMC |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | MOTION OF ATTORNEY GENERAL FOR RESCHEDULING OF DEADLINE FOR |
| School District Five of Lexington & Richland Counties; Board of Trustees of School District Five of Lexington and Richland Counties; Dr. Stephen W. Hefner, in his official capacity as School District Five Superintendent; and Mr. Robert Gantt in his official capacity as School District Five Board Chairperson, | ) ) ) ) ) ) ) ) ) ) | SECOND SUPPLEMENTAL AMICUS MEMORANDUM |
| Defendants, | ) ) ) | |

Attorney General Alan Wilson hereby moves for the rescheduling of the due date to August 12, 2014, for the filing of his Second Supplemental  Memorandum in Support of the constitutionality of S.C. Code Ann. §6-1-160.  Currently, the due date for that Memorandum is June 27, 2014 in accordance with this Court's Text Order of May 23, 2014 (Document No. 87) granting the Attorney General's Motion of that same date (Document No. 86).  That June 27 date coincided with the date originally scheduled by the Court for supplemental replies by the parties to supplemental cross-briefs (Text Order of May 7, 2014 (Document Number 84)).  Subsequently, this Court's Text Order of June 4, 2014 (Document No. 90) set a new schedule for motions of the parties including a due date of August 12 for the filing of responses to cross-

motions for summary judgment.  Therefore, the Attorney General respectfully requests that the due date for his Supplemental Memorandum be reset for August 12 to coincide with the cross-motion response deadline for the parties.

Respectfully submitted,

ALAN WILSON
Attorney General
Federal ID No.10457

ROBERT D. COOK
Solicitor General
Federal ID No. 285
Email: AGRCOOK@SCAG.GOV

/s/ J. Emory Smith, Jr.
J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: AGESMITH@SCAG.GOV
Post Office Box 11549
Columbia, South Carolina 29211
Phone:  (803) 734-3680
Fax:  (803) 734-3677

Counsel for the Attorney General

Rule 6.01, D.S.C. CONSULTATION

Undersigned counsel hereby confirms that he emailed counsel for the other parties yesterday about their positions regarding this motion.  Counsel for Defendants do not object to the motion.  He has not yet received a response from counsel for Plaintiff to this inquiry.

/s/ J. Emory Smith, Jr.
J. EMORY SMITH, JR
Deputy Solicitor General

June 13, 2014