UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor under age 18 by his Parent and Guardian Michele Stephens; D.M., a Minor under age 18 by her Parent and Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>School District Five of Lexington and Richland Counties,<br><br>Defendant. | C.A. No. 3:12-cv-01427-CMC<br><br>**MOTION FOR EXTENSION OF TIME TO FILE STATEMENT OF STIPULATED FACTS** |

COMES NOW, Meredith L. Seibert, Esq., counsel for Defendant, moves this Honorable Court for an Order extending the time for the Parties to file their Joint Statement of Stipulated Facts. The current deadline for filing the Joint Stipulation of Facts is July 2, 2014. Counsel for Defendants is requesting that deadline be extended until July 3, 2014, as Defendants do not have the consent and authority of opposing counsel to file the Joint Statement of Stipulated Facts referenced in the Court's June 27, 2014 Text Order. This request does not include a corresponding extension of other existing briefing deadlines.

(SIGNATURE BLOCK ON NEXT PAGE)

By:   s/Meredith L. Seibert_____
Andrea E. White (Fed. I.D. No. 5620)
Meredith L. Seibert (Fed. I.D. No. 9919)

DUFF, WHITE & TURNER, LLC
3700 Forest Dr., Suite 404
P.O. Box 1486
Columbia, SC 29202
Telephone:  803.790.0603
Fax: 803.790.0605
awhite@dwtlawfirm.com
mseibert@dwtlawfirm.com

David L. Morrison, Esq. (Fed. I.D. No. 3581)
Kassi B. Sandifer, Esq. (Fed. I.D. No. 7439)

MORRISON LAW FIRM, LLC
7453 Irmo Drive, Suite B
Columbia, SC 29212
Telephone: 803.661.6285
Fax: 803.661.6289
david@dmorrison-law.com
kassi@dmorrison-law.com

Attorneys for Defendant School District Five
of Lexington and Richland Counties

July 2, 2014
Columbia, South Carolina