UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor under age 18 by his Parent and Guardian Michele Stephens; D.M., a Minor under age 18 by her Parent and Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>School District Five of Lexington and Richland Counties,<br><br>Defendant. | C.A. No. 3:12-cv-01427-CMC<br><br><br><br>**JOINT MOTION TO SET DEADLINE TO FILE STATEMENT OF STIPULATED FACTS** |

COMES NOW, Meredith L. Seibert, Esq., counsel for Defendant, with the consent of Aaron J. Kozloski, Esq., counsel for Plaintiffs, and moves this Honorable Court for an Order setting the deadline for the Parties to file their Joint Statement of Stipulated Facts by **Friday, July 18, 2014**. Counsel is requesting the deadline be set as such based on the parties' conversations with the Court regarding its wish for the parties to stipulate to agreed-upon facts underlying upcoming Motions for Summary Judgment, particularly given that the parties have indicated their belief that any remaining issues may be resolved through said motions. This request does include an extension of other existing briefing deadlines as follows:

1. Renewed cross-motions for summary judgment shall be filed by **Thursday, August 7, 2014**.

2. Responses to cross-motions for summary judgment shall be filed by **Thursday, August 28, 2014**.

We so move:

By: _s/ Meredith L. Seibert_____
    Andrea E. White (Fed. I.D. No. 5620)
    Meredith L. Seibert (Fed. I.D. No. 9919)

    DUFF, WHITE & TURNER, LLC
    3700 Forest Dr., Suite 404
    P.O. Box 1486
    Columbia, SC 29202
    Telephone: 803.790.0603
    Fax: 803.790.0605
    awhite@dwtlawfirm.com
    mseibert@dwtlawfirm.com

    David L. Morrison (Fed. I.D. No. 3581)
    Kassi B. Sandifer (Fed. I.D. No. 7439)

    MORRISON LAW FIRM, LLC
    7453 Irmo Drive, Suite B
    Columbia, SC 29212
    Telephone: 803.661.6285
    Fax: 803.661.6289
    david@dmorrison-law.com
    kassi@dmorrison-law.com

    Attorneys for Defendant School District Five of Lexington and Richland Counties

We consent:

By: s/ Aaron J. Kozloski_____
    Aaron J. Kozloski (Fed. I.D. No. 9510)

    CAPITOL COUNSEL, LLC
    P.O. Box 1996
    Lexington, SC 29071
    Telephone: 803.748.1320
    Fax: 888.513.6021
    aaron@capitolcounsel.us

    Attorney for Plaintiffs

July 11, 2014
Columbia, South Carolina