# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### Columbia Division

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor Under age 18 by his Parent & Guardian Michelle Stephens; D.M., a Minor Under age 18 by her Parent & Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., <br>                 *Plaintiffs*, <br>       ~ *vs.* ~ <br><br> School District Five of Lexington & Richland Counties, <br>                 *Defendant*. | CA No. 3:12-cv-01427-CMC <br><br> **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

**TO THE DEFENDANT ABOVE NAMED, TAKE NOTICE:** That the Plaintiffs now move the Court for summary judgment under Rule 56, Fed. R. Civ. P., and other applicable law, on grounds that there are no material disputes of fact in this case, and that they are entitled to judgment as a matter of law. Plaintiffs so move the Court for judgment in their favor on grounds that the District Board's opening prayers violate the Establishment Clause of the First Amendment, The equal Protection Clause of the Fourtenth Amendment, and that legislative prayer exception set forth in *Marsh v. Chambers* is inapplicable to school board prayers.

                                            FOR THE PLAINTIFFS
                                            CAPITOL COUNSEL, LLC:

                                            _____
                                            Aaron J. Kozloski, Esq., Fed. ID No. 9510
                                            Capitol Counsel, LLC
                                            P.O. Box 1996, Lexington, SC 29071
                                            803-465-1400 FAX 888-513-6021

Lexington, South Carolina            aaron@capitolcounsel.us
August 7, 2014                            *Attorney for the Plaintiffs*