# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor Under age 18 by his Parent & Guardian Michelle Stephens; D.M., a Minor Under age 18 by her Parent & Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> School District Five of Lexington & Richland Counties, <br><br> Defendant. | C/A No: 3:12-cv-01427-CMC <br><br> **ORDER OF DISMISSAL** |

This Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice, and upon good cause shown within sixty (60) days, any party may petition the Court to reopen the action if settlement is not consummated.

    s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

December 1, 2014
Columbia, South Carolina