AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Matthew Alexander Nielson; J.Z., a Minor Under age 18 by his Parent & Guardian Michelle Stephens; D.M., a Minor Under age 18 by her Parent & Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., <br> *Plaintiffs* <br> v. <br> Dr. Stephen W. Hefner, in his official capacity as School District Five Superintendent, and Mr. Robert Gantt, in his official capacity as School District Five Board Chairperson, <br> *Defendants* | Civil Action No.   3:12-cv-01427-CMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ the plaintiffs, Matthew Alexander Nielson; J.Z., a Minor Under age 18 by his Parent & Guardian Michelle Stephens; D.M., a Minor Under age 18 by her Parent & Guardian Victoria Reed; and the Freedom From Religion Foundation, Inc., take nothing of the defendants, Dr. Stephen W. Hefner, in his official capacity as School District Five Superintendent, and Mr. Robert Gantt, in his official capacity as School District Five Board Chairperson, and this action is dismissed without prejudice as to those defendants.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, US District Judge, presiding.  The Court having heard and granted the defendants' motion to dismiss.

Date:  December 1, 2014                    *ROBIN L. BLUME, CLERK OF COURT*

                                          s/Charles L. Bruorton
                                          _____
                                          *Signature of Clerk or Deputy Clerk*